UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-356-BO-3

| | |
|---|---|
| UNITED STATES OF AMERICA | ORDER |
| v. | |
| ABU BAKKAR JALLOH | |

THIS MATTER came on to be hear on the joint motion to seal the Proposed Sealed Document and, pursuant to Local Criminal Rule 55.2.

The Court finds that good cause exists to seal the Proposed Sealed Document pursuant to Local Criminal Rule 55.2. Accordingly, the joint motion to seal is GRANTED, and the Clerk of the United States District Court, EDNC is ordered to seal the proposed sealed document.

SO ORDERED. This the 27 day of July, 2018.

Hon. Terrence W. Boyle
United States District Judge, EDNC

1