THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:17-CR-356-BO-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | **ORDER TO SEAL** |
| v. | ) | |
| | ) | |
| ABU BAKKAR JALLOH | ) | |

This matter comes before the Court by Joint Motion to Seal the Joint Motion to Continue the January 16, 2019 sentencing hearing. Counsel for the Defendant knows of and consents to this motion. Accordingly, and for good cause shown, the Court hereby grants the motion to seal the Joint Motion to Continue the Sentencing Hearing.

SO ORDERED this _10_ day of January, 2019.

TERRENCE W. BOYLE
Chief, United States District Court Judge